UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josis Tchatchet

Fill in above the full name of each plaintiff or petitioner.

Case No. 14 CV 2385

-against-

The City of NY

Fill in above the full name of each defendant or respondent.

## DECLARATION

In Support of motion to waive fees to obtain Court transcript (tapes & Records)

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's Motion for Summary Judgment."

I, Josis Tchatchet, declare under penalty of perjury that the following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court order. You may also refer to and attach any relevant documents.

Make a request to this Court to obtain a fee waiver to receive Court transcript (tapes & Records) of the above stated case to help me with my appellate process support

Rev. 6/30/16

presently moving into the 2nd Circuit appellate court division.

I a Homeless, suffer from Mental Illness and other the Public Assistance and Food stamp, I do not have any other source of income

Attach additional pages and documents if necessary.

5/16/2018
Executed on (date)

Signature: TCh

Name: Josis Tchabal

Address: 1322 Bedford Ave, Brooklyn NY 11216

Prison identification # (if incarcerated):

Telephone Number (if available):

E-mail Address (if available): JHTCHATATNZIMI@gmail.com