```
UNITED STATES DISTRICT COURT                    USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                   DOCUMENT
------------------------------------------------------------X   ELECTRONICALLY FILED
                                            :   DOC #:_____
JOSIAS TCHATAT,                             :   DATE FILED: 02/28/2020
                        Plaintiffs,         :
                                            :       14 Civ. 2385 (LGS)
            -against-                       :
                                            :           ORDER
THE CITY OF NEW YORK, et al.,               :
                        Defendants.         :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 12, 2020, Defendant The City of New York filed a Bill of Costs Notice of Taxation to recover costs against Plaintiff (Dkt. No. 409);

WHEREAS, on February 13, 2020, Plaintiff was ordered to file objections on ECF or in writing to the Court prior to February 27, 2020, at 11:30 a.m. (Dkt. No. 411). Defendant The City of New York was ordered to serve the Order on Plaintiff, and file proof of such service on ECF, by February 18, 2020;

WHEREAS, no such proof of service was filed. It is hereby

ORDERED that the Taxation of Costs (Dkt. No. 412) is STAYED until further Court Order. It is further

ORDERED that, by **March 3, 2020,** Defendant the City of New York shall file proof of service on Plaintiff of this Court's Order at Dkt. No. 411 showing that Plaintiff was served on or before February 18, 2020 or, in the alternative, file a letter asserting that Plaintiff was not so served.

Dated: February 28, 2020
       New York, New York

                                    _____
                                    LORNA G. SCHOFIELD
                                    UNITED STATES DISTRICT JUDGE