USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/04/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSIAS TCHATAT,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.
------------------------------------------------------------X

14 Civ. 2385 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 12, 2020, Defendant The City of New York filed a Bill of Costs Notice of Taxation to recover costs against Plaintiff (Dkt. Nos. 409, 410). It is hereby

ORDERED that Plaintiff shall file objections on ECF or by writing to the Court prior to **March 19, 2020 at 10:40 a.m.** The parties need not appear at the date and time scheduled for taxation unless requested by the Clerk. In the absence of written objection, the stay on the Taxation of Costs (Dkt. No. 412) will be lifted. It is further

ORDERED that Defendant The City of New York shall serve <u>this order and Dkt. Nos. 409 & 410</u> on Plaintiff in-person or via mail, and file proof of service on ECF, by **March 9, 2020.**

Dated: March 4, 2020
       New York, New York

                                                               LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE