UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    JOSIAS TCHATAT,

                                   Plaintiffs,

                    -against-

    THE CITY OF NEW YORK, et al.,

                                  Defendants.
-------------------------------------------------------------X

14 Civ. 2385 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on February 12, 2020, Defendant The City of New York filed a Bill of Costs Notice of Taxation to recover costs against Plaintiff (Dkt. Nos. 409, 410);

WHEREAS, Plaintiff was ordered to file any objections on ECF or by writing to the Court by March 19, 2020 (Dkt. No. 415). No objections were filed or otherwise received. It is hereby

ORDERED that the stay on the Taxation of Costs (Dkt. No. 412) is lifted. It is further

ORDERED that Defendant The City of New York shall serve this order on Plaintiff, and file proof of service on ECF, by April 8, 2020.

Dated: April 3, 2020
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE